6325.    HARRIS *v.* FOLSOM, guardian.

WADE, J. 1. The testimony in behalf of the plaintiff sufficiently supported the verdict, and the trial judge did not err in overruling the motion for a new trial.

2. The ward in whose behalf the guardian brought suit, and who testified for the other party and against his guardian, had been previously adjudged insane, and the jury were authorized to find that this mental state still existed, and to reject his testimony for that reason. The principle enunciated in *Southern Bank* v. *Goette*, 108 *Ga.* 796 (2) (33 S. E. 974), is therefore not applicable.      *Judgment affirmed.*

DECIDED NOVEMBER 19, 1915. REHEARING DENIED FEBRUARY 25, 1916.

Complaint; from city court of Thomasville—Judge W. H. Hammond. December 22, 1914.

*Roscoe Luke, C. E. Hay,* for plaintiff in error.

*Theodore Titus,* contra.